Fill in this information to identify the case:

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): ____________ Chapter 11

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name** 2TG LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

dba The True Gem

**3. Debtor's federal Employer Identification Number (EIN)** 82-2132579

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2626 Cole Ave, Ste 800 | |
| Number Street | Number Street |
| Dallas, TX 75204-0828 | |
| City State ZIP Code | City State ZIP Code |
| Dallas | |
| County | |

Location of principal assets, if different from principal place of business

Number Street

City State ZIP Code

**5. Debtor's website (URL)** www.thetruegem.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

Debtor **2TG LLC** Case number *(if known)* ______
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**4 5 8 3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☑ Yes. District **Northern District of Texas** When **5/6/2024** (MM / DD / YYYY) Case number **24-31334**

District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ______ Relationship ______

District ______ When ______ (MM / DD / YYYY)

Case number, if known ______

Debtor **2TG LLC** Case number *(if known)* ________
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ________

**Where is the property?** ________
Number Street

________

City ________ State ____ ZIP Code ____

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ________
Contact name ________
Phone ________

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| ☐ 200-999 | | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **2TG LLC**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/31/2026**
MM/ DD/ YYYY

X **/s/ Andy Ramirez**
Signature of authorized representative of debtor

**Andy Ramirez**
Printed name

Title **Partner**

**18. Signature of attorney**

X **/s/ Robert C Lane**
Signature of attorney for debtor

Date **08/31/2026**
MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number Street

**Houston** **TX** **77036-3369**
City State ZIP Code

**(713) 595-8200**
Contact phone

**notifications@lanelaw.com**
Email address

**24046263** **TX**
Bar number State

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ________________.

2. The following financial data is the latest available information and refers to the debtor's condition on ________________.

a. Total assets **$354,858.34**

b. Total debts (including debts listed in 2.c., below) **$2,467,576.99**

c. Debt securities held by more than 500 holders

| | | Approximate number of holders: |
|---|---|---|
| secured ❑ unsecured ❑ subordinated ❑ | ________________ | ________ |
| secured ❑ unsecured ❑ subordinated ❑ | ________________ | ________ |
| secured ❑ unsecured ❑ subordinated ❑ | ________________ | ________ |
| secured ❑ unsecured ❑ subordinated ❑ | ________________ | ________ |
| secured ❑ unsecured ❑ subordinated ❑ | ________________ | ________ |

d. Number of shares of preferred stock ________

e. Number of shares common stock ________

Comments, if any: ________________________________________

3. Brief description of debtor's business Jewelry manufacturer and retailer

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

________________________________________

Fill in this information to identify the case:

Debtor name **2TG LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): ______________

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* ______________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/31/2026**
MM/ DD/ YYYY

✗ **/s/ Andy Ramirez**
Signature of individual signing on behalf of debtor

**Andy Ramirez**
Printed name

**Partner**
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name **2TG LLC** |
| United States Bankruptcy Court for the: **Northern District of Texas** |
| Case number (if known): |

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | U.S. Small Business Administration<br>2120 Riverfront Dr, Ste 100<br>Little Rock, AR 72202 | | | | $1,072,095.23 | $275,617.00 | $796,478.23 |
| 2 | Ryan McGuire-Goldberger<br>6230 Kenwood Ave<br>Dallas, TX 75214-3016 | | | | | | $391,104.14 |
| 3 | Texas Comptroller<br>111 E. 17th Street<br>Austin, TX 78774 | | | Disputed | | | $368,128.89 |
| 4 | Phillip Armstrong<br>511 West Shore Dr<br>Richardson, TX 75080-5008 | | | | | | $170,000.00 |
| 5 | U.S. Small Business Administration<br>P.O. Box 156059<br>Fort Worth, TX 76155 | | SBA Claim | | | | $156,344.05 |
| 6 | Nivoda<br>580 Fifth Avenue Suite 2508<br>New York, NY 10036 | | Pre-Petition Vendor Payments | | | | $115,367.22 |
| 7 | Fredrick Goldman Inc<br>55 Hartz Way<br>Secaucus, NJ 07094 | | Pre-Petition Vendor Payments | | | | $75,000.00 |
| 8 | Shopify Capital<br>100 Shockoe Slip Fl 2<br>Richmond, VA 23219-4100 | | unsecured creditor | | | | $27,460.13 |

Debtor **2TG LLC** Case number *(if known)*
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | WebBank<br>215 S State St Ste 1000<br>Salt Lake Cty, UT 84111-2336 | | Shopify Loan | | | | $25,167.47 |
| 10 | Hanmi Bank<br>Po Box 3547<br>Bellevue, WA 98009-3547 | | Equipment Finance Agreement - Project Printer | | $29,168.86 | $12,000.00 | $17,168.86 |
| 11 | Dallas County Tax Assessor<br>P.O. Box 139066<br>Dallas, TX 75313-9066 | | | | | | $16,589.68 |
| 12 | Georgia Dept of Revenue<br>2595 Century Pkwy Ne<br>Atlanta, GA 30345-3173 | | | | | | $8,464.35 |
| 13 | Texas Workforce Commission<br>101 E 15th St<br>Austin, TX 78778-0001 | | | | | | $6,825.39 |
| 14 | JPMorgan Chase Bank, N.A.<br>Mail Code LA4-7100<br>700 Kansas Ln<br>Monroe, LA 71203 | | | | | | $5,861.58 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

Debtor Name **2TG LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas** (State)

Case number (If known): ____________

❑ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

❑ No. Go to Part 2.

☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** ____________

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking account** | **5 0 9 6** | **$14,615.94** |
| 3.2. | **Chase Bank** | **Checking account** | **0 6 2 2** | **$29,023.40** |
| 3.3. | **Chase Bank** | **Savings account** | **1 3 3 6** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

4.1 ____________

4.2 ____________

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$43,639.34**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

❑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Debtor **2TG LLC** Case number *(if known)* ______
Name

7.1 ______ ______

7.2 ______ ______

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 ______ ______

8.2 ______ ______

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81. ______

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ______ (face amount) - ______ (doubtful or uncollectible accounts) =.... ➔ ______

11b. Over 90 days old: ______ (face amount) - ______ (doubtful or uncollectible accounts) =.... ➔ ______

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. ______

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 ______ | ______ | ______ |
| 14.2 ______ | ______ | ______ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. ______ | ______ | ______ | ______ |
| 15.2. ______ | ______ | ______ | ______ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 ____

16.2 ____

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

❑ No. Go to Part 6.
☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | | MM / DD / YYYY | | | |
| 20. | **Work in progress** | | | | |
| | | MM / DD / YYYY | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | Finished goods | 07/31/2026 (MM / DD / YYYY) | unknown | Cost of goods | $269,517.00 |
| 22. | **Other inventory or supplies** | | | | |
| | | MM / DD / YYYY | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. **$269,517.00**

24. **Is any of the property listed in Part 5 perishable?**

☑ No
❑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
❑ Yes. Book value ____ Valuation method ____ Current value ____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
❑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor **2TG LLC** Case number *(if known)* ______
Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

❑ No

❑ Yes. Is any of the debtor's property stored at the cooperative?

- ❑ No
- ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❑ No

❑ Yes. Book value ______ Valuation method ______ Current value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

❑ No

❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

❑ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor **2TG LLC** Case number *(if known)*

Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Desks (33)** | **unknown** | | **$1,200.00** |
| | **Chairs (59)** | **unknown** | | **$600.00** |
| | **Filing Cabinets (33)** | **unknown** | | **$1,200.00** |
| | **Tables (5)** | **unknown** | | **$500.00** |
| | **Jewelers Bench (10)** | **unknown** | | **$5,000.00** |
| | **Couch (8)** | **unknown** | | **$800.00** |
| | **Coffee Table (3)** | **unknown** | | **$300.00** |
| | **Showcases (6)** | **unknown** | | **$3,000.00** |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Safe (3)** | **unknown** | | **$3,000.00** |
| | **Copier** | **unknown** | | **$0.00** |
| | **Desktop Computer (6)** | **unknown** | | **$2,000.00** |
| | **Macbook Computer (2)** | **unknown** | | **$2,000.00** |
| | **Laptop (26)** | **unknown** | | **$4,000.00** |
| | **Phones (12)** | **unknown** | | **$600.00** |
| | **Printers (5)** | **unknown** | | **$150.00** |
| | **Monitors (28)** | **unknown** | | **$300.00** |
| | **TV (12)** | **unknown** | | **$2,000.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$26,650.00** |

Debtor **2TG LLC** Case number *(if known)* ______
Name

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **3D Printer** | **unknown** | | **$12,000.00** |
| **Asiga Printer** | **unknown** | | **$1,500.00** |
| **Ultra Sonic** | **unknown** | | **$100.00** |
| **Engraving Machine** | **unknown** | | **$250.00** |
| **Rotar Motor (5)** | **unknown** | | **$1,200.00** |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87. **$15,050.00**

Debtor **2TG LLC** Case number *(if known)*
Name

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 **Business Location / 2626 Cole Ave Ste 800 Dallas, TX 75204** | **Lease** | **unknown** | | **$0.00** |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| **www.thetruegem.com** | **unknown** | | **$1.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |

Debtor **2TG LLC** Case number *(if known)* ______
Name

63. **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| Customer list | unknown | | $1.00 |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10** **$2.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ❑ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☑ No. Go to Part 12.
- ❑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ ______ – ______ = ➔ ______
Total face amount doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ ______
______ Tax year ______ ______
______ Tax year ______ ______

73. **Interests in insurance policies or annuities**
______ ______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor **2TG LLC** Case number *(if known)*
Name

**Nature of claim**

**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

Debtor **2TG LLC** Case number *(if known)* ______
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $43,639.34 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $269,517.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $26,650.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,050.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9.*.......... | ➔ | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | | |
| 91. | **Total.** *Add lines 80 through 90 for each column*..........91a. | $354,858.34 | + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......... **$354,858.34**

Fill in this information to identify the case:

Debtor name: **2TG LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas** (State)

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2.1** | $29,168.86 | $12,000.00 |

**2.1 Creditor's name**
Hanmi Bank

**Creditor's mailing address**
Po Box 3547
Bellevue, WA 98009-3547

**Creditor's email address, if known**
____________

**Date debt was incurred** 02/23/2022

**Last 4 digits of account number** 0 1 6 7

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
3D Printer

**Describe the lien**
Equipment Finance Agreement - Project Printer

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $1,101,264.09

Debtor **2TG LLC** Case number (if known) ______
Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.2 Creditor's name**

**U.S. Small Business Administration**

**Describe debtor's property that is subject to a lien**

Finished goods, Desks (33), Asiga Printer, Chairs (59), Engraving Machine, Filing Cabinets (33), Phones (12), Printers (5), Tables (5), Ultra Sonic

Column A: **$1,072,095.23**

Column B: **$275,617.00**

**Creditor's mailing address**

**2120 Riverfront Dr, Ste 100**

**Little Rock, AR 72202**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** ______

**Last 4 digits of account number** 9 1 0 9

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ______

Debtor **2TG LLC** Case number (if known) ______
Name

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| U.S. Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 | Line 2. 2 | |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA | Line 2. 2 | |
| U.S. Small Business Administration<br>409 3rd St Sw<br>Washington, DC 20416-0011 | Line 2. 2 | |
| United States Attorney<br>Office of the United States Attorney<br>1100 Commerce Street, 3rd Floor<br>Dallas, TX 75242 | Line 2. 2 | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |

Debtor **2TG LLC** Case number (if known) ______
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **2TG LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1 Priority creditor's name and mailing address**<br>**Dallas County Tax Assessor**<br>**P.O. Box 139066**<br>**Dallas, TX 75313-9066**<br><br>**Date or dates debt was incurred**<br>____________<br><br>**Last 4 digits of account number** 0 0 0 0<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:** ____________<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$16,589.68** | **$16,589.68** |
| **2.2 Priority creditor's name and mailing address**<br>**Georgia Dept of Revenue**<br>**2595 Century Pkwy Ne**<br>**Atlanta, GA 30345-3173**<br><br>**Date or dates debt was incurred**<br>____________<br><br>**Last 4 digits of account number** __ __ __ __<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:** ____________<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$8,464.35** | **$8,464.35** |

Debtor **2TG LLC** Case number *(if known)*
Name

**Part 1:** Additional Page

**2.3** **Priority creditor's name and mailing address**
**Texas Comptroller**
**111 E. 17th Street**
**Austin, TX 78774**

**Date or dates debt was incurred**

**Last 4 digits of account number** ____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$368,128.89** **$368,128.89**

**2.4** **Priority creditor's name and mailing address**
**Texas Workforce Commission**
**101 E 15th St**
**Austin, TX 78778-0001**

**Date or dates debt was incurred**

**Last 4 digits of account number** ____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$6,825.39** **$6,825.39**

Debtor **2TG LLC** Case number *(if known)* ____________
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
**Blue Cross Blue Shield of Texas**
**1001 E Lookout Drive**
**Richardson, TX 75082**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **unknown**

**3.2 Nonpriority creditor's name and mailing address**
**Fredrick Goldman Inc**
**55 Hartz Way**
**Secaucus, NJ 07094**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Pre-Petition Vendor Payments**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **$75,000.00**

**3.3 Nonpriority creditor's name and mailing address**
**JPMorgan Chase Bank, N.A.**
**Mail Code LA4-7100**
**700 Kansas Ln**
**Monroe, LA 71203**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **$5,861.58**

**3.4 Nonpriority creditor's name and mailing address**
**Nivoda**
**580 Fifth Avenue Suite 2508**
**New York, NY 10036**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Pre-Petition Vendor Payments**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **$115,367.22**

Debtor **2TG LLC** Case number *(if known)* ______
Name

**Part 2:** Additional Page

**3.5 Nonpriority creditor's name and mailing address**
Phillip Armstrong
511 West Shore Dr
Richardson, TX 75080-5008

Date or dates debt was incurred ______
Last 4 digits of account number ____

**As of the petition filing date, the claim is:** **$170,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Ryan McGuire-Goldberger
6230 Kenwood Ave
Dallas, TX 75214-3016

Date or dates debt was incurred ______
Last 4 digits of account number ____

**As of the petition filing date, the claim is:** **$391,104.14**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7 Nonpriority creditor's name and mailing address**
Shopify Capital
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100

Date or dates debt was incurred ______
Last 4 digits of account number ____

**As of the petition filing date, the claim is:** **$27,460.13**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** unsecured creditor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8 Nonpriority creditor's name and mailing address**
U.S. Small Business Administration
P.O. Box 156059
Fort Worth, TX 76155

Date or dates debt was incurred ______
Last 4 digits of account number ____

**Remarks:** unsecured claim portion

**As of the petition filing date, the claim is:** **$156,344.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SBA Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **2TG LLC**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.9 Nonpriority creditor's name and mailing address**

**WebBank**

**215 S State St Ste 1000**

**Salt Lake Cty, UT 84111-2336**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$25,167.47**

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Shopify Loan**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor **2TG LLC** Case number *(if known)*
Name

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Texas Comptroller**<br>**Attn: Don Huffins**<br>**Dallas SW Enforce**<br>**400 S Zang Blvd Ste 900**<br>**Dallas, TX 75208-6644** | Line **2.3**<br>❑ Not listed. Explain | |

Debtor **2TG LLC** Case number *(if known)*
Name

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$400,008.31** |
| 5b. **Total claims from Part 2** | 5b. | + | **$966,304.59** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$1,366,312.90** |

Fill in this information to identify the case:

Debtor name: 2TG LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): ______ Chapter 11

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Retail and Office lease located at 2626 Cole Avenue<br>Contract to be ASSUMED | Talon Private Capital<br>2626 Cole Ave Ste 500<br>Dallas, TX 75204-1068 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name: 2TG LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): ____________

❑ Check if this is an amended filing

# Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Armstrong, Lynne** | **2626 Cole Ave #800** (Street)<br>**Dallas, TX 75204-0828** (City State ZIP Code) | **U.S. Small Business Administration** | ☑ D<br>❑ E/F<br>❑ G |
| 2.2 | **Kasallis, Jordan** | **2626 Cole Ave** (Street)<br>**Dallas, TX 75204-1083** (City State ZIP Code) | **U.S. Small Business Administration** | ☑ D<br>❑ E/F<br>❑ G |
| 2.3 | **Kasallis, Stephen** | **2626 Cole Ave #800** (Street)<br>**Dallas, TX 75204-0828** (City State ZIP Code) | **U.S. Small Business Administration** | ☑ D<br>❑ E/F<br>❑ G |
| 2.4 | **Ramirez, Andy** | **2626 Cole Ave** (Street)<br>**Dallas, TX 75204-1083** (City State ZIP Code) | **U.S. Small Business Administration** | ☑ D<br>❑ E/F<br>❑ G |

Debtor **2TG LLC** Case number (if known) ______
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor name **2TG LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): ______ Chapter **11**

❑ Check if this is an amended filing

# Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real Property:** Copy line 88 from *Schedule A/B* | **$0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | **$354,858.34** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | **$354,858.34** |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | **$1,101,264.09** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | **$400,008.31** |
| 3b. **Total amount of claims of non-priority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + **$966,304.59** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | **$2,467,576.99** |

Fill in this information to identify the case:

Debtor name **2TG LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): ______

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | ☑ Operating a business<br>☐ Other ______ | **$2,315,593.00** |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other ______ | **$5,388,935.00** |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other ______ | **$7,292,483.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | | |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | | |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Google Advertising** (Creditor's name)<br>**1600 Amphitheatre Pkwy** (Street)<br>**Mountain View, CA 94043-1351** (City State ZIP Code) | | **$19,878.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.2. | **JM Shipping** (Creditor's name)<br>**650 S Hill Street Suite 519** (Street)<br>**St. Vincent Jewelry Center**<br>**Los Angeles, CA 90014** (City State ZIP Code) | | **$26,470.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.3. | **ADP, Inc.** (Creditor's name)<br>**P.O. Box 842875** (Street)<br>**Boston, MA 02284** (City State ZIP Code) | | **$305,882.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Payroll** |
| 3.4. | **Bank of America** (Creditor's name)<br>**4161 Piedmont Pkwy** (Street)<br>**Attn: Bankruptcy Dept.**<br>**Greensboro, NC 27410-8110** (City State ZIP Code) | | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.5. | **U.S. Bank** (Creditor's name)<br>**P.O. Box 1950** (Street)<br>**Saint Paul, MN 55101-0950** (City State ZIP Code) | | **$17,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Lease/Rent** |

| | | | | |
|---|---|---|---|---|
| 3.6. | **Healthcare Service**<br>Creditor's name<br><br>Street<br><br>City State ZIP Code | | **$49,599.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Benefits** |
| 3.7. | **Intuit**<br>Creditor's name<br>**5858 Westheimer Rd. Suite 5000**<br>Street<br>**Houston, TX 77057**<br>City State ZIP Code | | **$29,270.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.8. | **Intuit**<br>Creditor's name<br>**5858 Westheimer Rd. Suite 5000**<br>Street<br>**Houston, TX 77057**<br>City State ZIP Code | | **$23,939.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.9. | **Stuller**<br>Creditor's name<br>**302 Rue Louis Xiv**<br>Street<br>**Lafayette, LA 70508-5735**<br>City State ZIP Code | | **$12,318.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.10. | **Lashbrook Designs**<br>Creditor's name<br>**131 E 13065 S**<br>Street<br>**Draper, UT 84020-8616**<br>City State ZIP Code | | **$9,385.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.11. | **Texas Precious Metals**<br>Creditor's name<br>**50 Cr 356**<br>Street<br>**Shiner, TX 77984-6104**<br>City State ZIP Code | | **$154,361.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

3.12. **QUASARPRO TECH LLC** **$83,500.00**
Creditor's name
**155 Willowbrook Blvd suite 110**
Street

**Wayne, NJ 07470-7033**
City State ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1.
Creditor's name
Street

City State ZIP Code

**Relationship to debtor**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.
Creditor's name
Street

City State ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1.
Creditor's name
XXXX– _ _ _ _
Street
City State ZIP Code

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

7.1.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | Name | ☐ Pending |
| Case number | | Street | ☐ On appeal |
| | | City State ZIP Code | ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | Case title | Court name and address |
| Street | Case number | Name |
| City State ZIP Code | Date of order or assignment | Street |
| | | City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City State ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **The Lane Law Firm** | **Attorney's Fee** | **6/23/2026** | **$30,000.00** |
| | **Attorney's Fee** | **7/3/2026** | **$5,000.00** |
| **Address** | | | |
| **6200 Savoy Suite 1150**<br>Street | | | |
| **Houston, TX 77036**<br>City State ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1. | | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | |

**Address**

Street

City State ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street<br>City State ZIP Code | From ____ To ____ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name<br>Street<br>City State ZIP Code | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **name, address, phone number, email of customers**

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor **2TG LLC** Name    Case number *(if known)*

18.1 Name / Street / City State ZIP Code    XXXX– _ _ _ _    ❑ Checking ❑ Savings ❑ Money market ❑ Brokerage ❑ Other

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

❑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Storage Star**<br>Name<br>**2812 Forest Lane**<br>Street<br>**Dallas, TX 75234**<br>City State ZIP Code | Andy Ramirez, Lynne Armstrong & Jordan Kasallis<br>Address<br>**2626 Cole Ave #800**<br>**Dallas, TX 75204** | Small Fixtures, Shop supplies and small tools. Showroom Display items. | ❑ No<br>☑ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | |

Debtor **2TG LLC** Case number *(if known)* ____
Name

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| ____ | ____ Name | ____ | ☐ Pending |
| Case number | ____ Street | ____ | ☐ On appeal |
| ____ | ____ | ____ | ☐ Concluded |
| | ____ City State ZIP Code | ____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| ____ Name | ____ Name | ____ | ____ |
| ____ Street | ____ Street | ____ | |
| ____ | ____ | ____ | |
| ____ City State ZIP Code | ____ City State ZIP Code | ____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| ____ Name | ____ Name | ____ | ____ |
| ____ Street | ____ Street | ____ | |
| ____ | ____ | ____ | |
| ____ City State ZIP Code | ____ City State ZIP Code | ____ | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name ______ Street ______ City State ZIP Code | ______ | EIN: __ – _______ Dates business existed From ______ To ______ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **TGG Accounting** (Name)<br>**21750 Hardy Oak Blvd #104** (Street)<br>**San Antonio, TX 78258** (City State ZIP Code) | From **07/01/2022** To **02/05/2024** |
| 26a.2. | **Adam B. Remis** (Name)<br>**2390 E Camelback Rd Suite 130-1277** (Street)<br>**Phoenix, AZ 85016-3448** (City State ZIP Code) | From ______ To ______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | **TGG Accounting** (Name)<br>**21750 Hardy Oak Blvd #104** (Street)<br>**San Antonio, TX 78258** (City State ZIP Code) | From **07/01/2022** To **Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. The True Gem<br>Name<br>2626 Cole Ave #800<br>Street<br>Dallas, TX 75204<br>City State ZIP Code | The executive team has access to the True Gem books |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1.<br>Name<br>Street<br>City State ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.<br>Name<br>Street<br>City State ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andy Ramirez | 2626 Cole Ave #800 Dallas, TX 75204 | Partner, Partner | 33.30% |
| Lynne Armstrong | 2626 Cole Ave #800 Dallas, TX 75204 | Partner, Partner | 33.30% |
| Jordan Kasallis | 2626 Cole Ave #800 Dallas, TX 75204 | Partner, Partner | 33.30% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Andres Ysidoro Ramirez**<br>Name<br>**2626 Cole Ave #800**<br>Street<br><br>**Dallas, TX 75204**<br>City State ZIP Code | **$62,499.97 - Salary**<br>**$126,900.00 - Distribution** | **8/25/25-2/26/26**<br>**12/2/2025-2/9/2026** | **Owner Salary** |
| **Relationship to debtor**<br>**Owner** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Lynne Elizabeth Armstrong**<br>Name<br>**2626 Cole Ave #800**<br>Street<br><br>**Dallas, TX 75204**<br>City State ZIP Code | **$62,499.97 - Salary**<br>**$126,900.00 - Distribution** | **8/25/25-2/26/26**<br>**12/2/2025-2/9/2026** | **Owner Salary** |
| **Relationship to debtor**<br>**Owner** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Jordan Kasallis**<br>Name<br>**2626 Cole Ave Ste 800**<br>Street<br><br>**Dallas, TX 75204-0828**<br>City State ZIP Code | **$62,499.97**<br>**$32,600.00 - Distribution** | **8/25/25-2/26/26**<br>**10/2/2025-8/21/2026** | **Owner Salary** |
| **Relationship to debtor**<br>**Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/31/2026**
MM/ DD/ YYYY

✗ **/s/ Andy Ramirez**
Signature of individual signing on behalf of the debtor

Printed name **Andy Ramirez**

Position or relationship to debtor **Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
Northern District of Texas

**In re** 2TG LLC

Case No. ____________

**Debtor** Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........ **$35,000.00**

   Prior to the filing of this statement I have received ........ **$35,000.00**

   Balance Due ........ **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**08/31/2026**
*Date*

**/s/ Robert C Lane**
Robert C Lane
*Signature of Attorney*

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **2TG LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **08/31/2026** Signature **/s/ Andy Ramirez**

Andy Ramirez, Partner

TEXAS COMPTROLLER
ATTN: DON HUFFINS
DALLAS SW ENFORCE
400 S ZANG BLVD STE 900
DALLAS, TX 75208-6644

2TG LLC
2626 COLE AVE, STE 800
DALLAS, TX 75204-0828

LYNNE ARMSTRONG
2626 COLE AVE #800
DALLAS, TX 75204-0828

BLUE CROSS BLUE SHIELD OF TEXAS
1001 E LOOKOUT DRIVE
RICHARDSON, TX 75082

DALLAS COUNTY TAX ASSESSOR
P.O. BOX 139066
DALLAS, TX 75313-9066

FREDRICK GOLDMAN INC
55 HARTZ WAY
SECAUCUS, NJ 07094

GEORGIA DEPT OF REVENUE
2595 CENTURY PKWY NE
ATLANTA, GA 30345-3173

HANMI BANK
PO BOX 3547
BELLEVUE, WA 98009-3547

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA

JPMORGAN CHASE BANK, N.A.
MAIL CODE LA4-7100
700 KANSAS LN
MONROE, LA 71203

JORDAN KASALLIS
2626 COLE AVE
DALLAS, TX 75204-1083

STEPHEN KASALLIS
2626 COLE AVE #800
DALLAS, TX 75204-0828

NIVODA
580 FIFTH AVENUE SUITE 2508
NEW YORK, NY 10036

PHILLIP ARMSTRONG
511 WEST SHORE DR
RICHARDSON, TX 75080-5008

ANDY RAMIREZ
2626 COLE AVE
DALLAS, TX 75204-1083

RYAN MCGUIRE-GOLDBERGER
6230 KENWOOD AVE
DALLAS, TX 75214-3016

SHOPIFY CAPITAL
100 SHOCKOE SLIP FL 2
RICHMOND, VA 23219-4100

TALON PRIVATE CAPITAL
2626 COLE AVE STE 500
DALLAS, TX 75204-1068

TEXAS COMPTROLLER
111 E. 17TH STREET
AUSTIN, TX 78774

TEXAS WORKFORCE
COMMISSION
101 E 15TH ST
AUSTIN, TX 78778-0001

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369

U.S. ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20530

U.S. SMALL BUSINESS
ADMINISTRATION
409 3RD ST SW
WASHINGTON, DC 20416-0011

U.S. SMALL BUSINESS
ADMINISTRATION
P.O. BOX 156059
FORT WORTH, TX 76155

U.S. SMALL BUSINESS
ADMINISTRATION
2120 RIVERFRONT DR, STE 100
LITTLE ROCK, AR 72202

UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES
ATTORNEY
1100 COMMERCE STREET, 3RD FLOOR
DALLAS, TX 75242

WEBBANK
215 S STATE ST STE 1000
SALT LAKE CTY, UT 84111-2336