**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **2TG LLC** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 26-34009-11** |

**BALANCE SHEET**

# The True Gem

Balance Sheet

As of May 31, 2026

| | Total |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| 10020 Cash on hand | $1,000.00 |
| 10030 Chase Checking - AD (5096) | $41,318.29 |
| 10035 Chase Checking - 2TG (0622) | $1,329.63 |
| 10036 Chase Savings - 2TG (0855) | $0.00 |
| 10040 Chase Savings - AD (1336) | $0.00 |
| 10050 Synchrony Clearing | $0.00 |
| 10060 PayPal Holding | -$1,904.57 |
| 10075 Shopify Holding | $370.09 |
| 10085 Global-E Holding | $407.69 |
| **Total for Bank Accounts** | **$42,521.13** |
| Accounts Receivable | |
| 11000 Accounts Receivable | $126,213.26 |
| **Total for Accounts Receivable** | **$126,213.26** |
| Other Current Assets | |
| 11900 Undeposited Funds | $36,368.05 |
| 11975 Payroll Advance | $1,600.00 |
| 12000 Ecommerce Clearing | $851.49 |
| 12200 Prepaid Expenses | $0.00 |
| 13000 Inventory | $697,516.88 |
| 14900 Uncategorized Asset | $0.00 |
| **Total for Other Current Assets** | **$736,336.42** |
| **Total for Current Assets** | **$905,070.81** |
| Fixed Assets | |
| 15010 Art | $5,568.89 |
| 15020 Computers | $112,219.00 |
| 15030 Equipment | $202,773.68 |

# The True Gem

Balance Sheet

As of May 31, 2026

| | Total |
|---|---|
| 15040 Furniture & Fixtures | $151,264.76 |
| 15050 Leasehold Improvements | $192,473.82 |
| 15060 Software | $40,681.97 |
| 15070 Website | $50,392.21 |
| 15900 Accumulated Depreciation | -$749,805.44 |
| **Total for Fixed Assets** | **$5,568.89** |
| Other Assets | |
| 16010 Loan Fees | $94,655.61 |
| 16900 Accumulated Amortization | -$94,655.61 |
| **Total for Other Assets** | **$0.00** |
| **Total for Assets** | **$910,639.70** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20000 Accounts Payable-Vouchered | $27,812.36 |
| **Total for Accounts Payable** | **$27,812.36** |
| Other Current Liabilities | |
| 20130 Customer Store Credit | $0.00 |
| 20170 Franchise Tax Payable | $5,400.00 |
| 20180 Gift Certificate Obligations | $0.00 |
| 20200 Loans from Shareholders | $0.00 |
| 20230 Other Account Payables | |
| 20235 Frederick Goldman Inc Payable | $71,995.03 |
| 20240 DV Diamond Payable | $0.00 |
| 20245 JAS Diamonds Payable | $148,685.96 |
| 20250 Nivoda Payable | $0.00 |
| 20255 Hoover & Strong Payable | $0.00 |
| 20260 Heavy Stone Payable | $0.00 |

# The True Gem

Balance Sheet

As of May 31, 2026

| | Total |
|---|---|
| **Total for 20230 Other Account Payables** | **$220,680.99** |
| Connecticut Department of Revenue Services Payable | $289.56 |
| Idaho State Tax Commission Payable | $216.75 |
| New Hampshire Department of Revenue Administration Payable | $0.00 |
| Taxes | |
| 21099 Accrue Property Taxes | $12,000.00 |
| Sales & Use Taxes | |
| 21000 Arizona Department of Revenue Payable | $3,524.81 |
| 21001 California Department of Tax and Fee Administration Payable | $23,075.19 |
| 21002 Colorado Department of Revenue Payable | $3,549.80 |
| 21003 Florida Department of Revenue Payable | $14,927.79 |
| 21004 Georgia Department of Revenue Payable | $5,620.93 |
| 21005 Illinois Department of Revenue Payable | $5,848.55 |
| 21006 Kansas Department of Revenue Payable | $1,672.23 |
| 21007 Louisiana Department of Revenue Payable | $2,443.21 |
| 21008 Massachusetts Department of Revenue Payable | $1,055.12 |
| 21009 Michigan Department of Treasury Payable | $1,889.65 |
| 21010 Comptroller of Maryland Payable | $2,112.74 |
| 21011 New Jersey Department of Revenue Payable | $2,638.05 |
| 21012 North Carolina Department of Revenue Payable | $2,321.81 |
| 21013 Ohio Department of Taxation Payable | $1,838.33 |
| 21014 Oklahoma Tax Commission Payable | $2,052.16 |
| 21015 Pennsylvania Department of Revenue Payable | $4,644.05 |
| 21016 Tennessee Department of Revenue Payable | $6,315.97 |
| 21017 Virginia Department of Taxation Payable | $4,025.87 |
| 21018 Washington State Department of Revenue Payable | $6,468.25 |
| 21019 Wisconsin Department of Revenue Payable | $698.78 |
| 21020 Iowa Department of Revenue Payable | $0.00 |
| 21021 Arkansas Department of Finance and Administration Payable | $724.25 |
| 21022 Indiana Department of Revenue Payable | $2,011.55 |
| 21023 Minnesota Department of Revenue Payable | $3,564.76 |
| 21024 New York Department of Taxation and Finance Payable | $3,596.76 |
| 21025 South Carolina Department of Revenue Payable | $307.44 |
| 21090 Out Of Scope Agency Payable | $265.78 |
| 21092 Sales Tax Payable | $259,060.77 |
| 21093 Sales Tax Payable - All States | $40,278.34 |
| 21094 Nebraska Department of Revenue Payable | $564.70 |
| 21095 Utah State Tax Commission Payable | $1,763.15 |
| **Total for Sales & Use Taxes** | **$408,860.79** |
| **Total for Taxes** | **$420,860.79** |
| **Total for Other Current Liabilities** | **$647,448.09** |
| **Total for Current Liabilities** | **$675,260.45** |

# The True Gem

Balance Sheet

As of May 31, 2026

| | Total |
|---|---|
| Long-term Liabilities | |
| 27030 N/P - EIDL | $1,196,527.31 |
| 28000 Shareholder N/P - Andrew Ramirez | $0.00 |
| 28100 Shareholder N/P - Jordan K | $5,750.00 |
| 28200 Shareholder N/P - P Armstrong | $141,250.00 |
| 28400 Bankruptcy Pmt Accruals | -$1,489.22 |
| 28410 Talon Lease | $16,250.98 |
| 28420 SBA Interest Accrued | $158,949.53 |
| 28430 Hanmi Bank | $35,741.28 |
| 28440 Shopify Capital | $28,985.64 |
| 28450 Web Bank | $28,429.66 |
| 28460 Amex | $10,857.55 |
| 28470 JP Morgan Chase Bank | $5,372.95 |
| **Total for 28400 Bankruptcy Pmt Accruals** | **$283,098.37** |
| **Total for Long-term Liabilities** | **$1,626,625.68** |
| **Total for Liabilities** | **$2,301,886.13** |
| Equity | |
| 30000 Opening Balance Equity | $209,796.92 |
| 31000 Shareholder Contributions | |
| 31300 Equity Investment | $106,104.14 |
| **Total for 31000 Shareholder Contributions** | **$106,104.14** |
| 32000 Shareholder Distributions | |
| 32100 A Ramirez | $2,008.51 |
| 32200 J Kasallis | -$20,500.00 |
| 32300 L Armstrong | -$500.00 |
| 32400 S Kasallis | $0.00 |
| **Total for 32000 Shareholder Distributions** | **-$18,991.49** |
| 33000 Retained Earnings | -$1,673,007.02 |
| Net Income | -$15,148.98 |
| **Total for Equity** | **-$1,391,246.43** |
| **Total for Liabilities and Equity** | **$910,639.70** |