**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **2TG LLC** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 26-34009-11** |

**STATEMENT OF OPERATIONS**

# The True Gem

Profit and Loss

January-May, 2026

| | Total |
|---|---|
| Income | |
| 40000 Sales - Product | $1,644,906.46 |
| 40010 Discounts | -$295,437.42 |
| 40020 Returns & Allowances | -$117,788.94 |
| 40030 Services Income | $50,625.00 |
| 40040 Shipping Income | $18,570.52 |
| 40050 Sales - Warranties | $47,990.00 |
| 41000 Shopify Revenue | |
| 41010 Shopify Gross Sales | $331,499.38 |
| 41020 Shopify Discounts | -$32,394.06 |
| 41030 Shopify Returns | -$23,893.84 |
| 41040 Shopify Shipping | $4,613.38 |
| **Total for 41000 Shopify Revenue** | **$279,824.86** |
| **Total for Income** | **$1,628,690.48** |
| Cost of Goods Sold | |
| 60005 Cost of Goods Sold | $0.00 |
| 60010 Center Stones | $449,837.32 |
| 60040 Metals | $16,437.58 |
| 60050 Refining | -$41,556.04 |
| 60070 Miscellaneous & Manufacturing Supplies & other | $6,709.15 |
| 60080 Shipping, Freight & Delivery - COGS | $50,992.22 |
| 60120 Inventory Shrinkage | -$5,805.00 |
| 60130 Subcontractors | $138,649.42 |
| **Total for Cost of Goods Sold** | **$615,264.65** |
| **Gross Profit** | **$1,013,425.83** |
| Expenses | |
| 50000 Advertising & Promotion | $43,538.55 |
| 50010 Bank Fees & Charges | $1,022.74 |
| 50020 Charitable Contributions | $120.00 |
| 50040 Continuing Education | $1,139.40 |
| 50060 Dues & Subscriptions | $1,178.10 |
| 50070 Equipment & Storage Rental/Lease | $2,655.30 |
| 50150 Legal & Professional Fees | $24,298.18 |
| 50170 Meals | $21,515.29 |
| 50180 Quickbooks Payment Fees | $42,124.39 |
| 50185 Merchant Fees | $14,416.41 |
| 50190 Nondeductible Expenses | $725.80 |
| 50200 Office Expenses | $8,257.35 |
| 50210 Other Business Expenses | $509.57 |
| 50320 Rent or Lease | $82,812.50 |
| 50330 Repair & Maintenance | $3,951.43 |
| 50350 Shipping and delivery expense | $8,888.08 |
| 50370 IT & Computer Expenses | $10,238.74 |

# The True Gem

Profit and Loss

January-May, 2026

| | Total |
|---|---|
| 50375 Software & Apps - Admin | $22,840.83 |
| 50377 Software & Apps - Advertising | $6,009.17 |
| 50380 Loyalty & Programs & Special Projects | $3,645.00 |
| 50390 Supplies | $7,750.36 |
| 50410 Taxes & Licenses | $2,250.00 |
| 50430 Travel & Accommodation & Travel related | $14,789.43 |
| 50450 Uncategorized Expense | $750.00 |
| 50460 Telephone & Computer & Related Expenses | $5,726.79 |
| 50480 Contract labor | $9,317.47 |
| 60480 Utilities | $2,198.47 |
| Insurance | |
| 50080 Insurance | $7,314.95 |
| 50110 Health Insurance | $99,482.55 |
| 50120 Jewelers Mutual Insurance | $1,265.44 |
| **Total for Insurance** | **$108,062.94** |
| Payroll | |
| 50240 Wages | $457,740.96 |
| 50250 Commission | $87,909.13 |
| 50260 Employee Benefits | $16,430.16 |
| 50270 Payroll Fees | $15,482.52 |
| **Total for Payroll** | **$577,562.77** |
| **Total for Expenses** | **$1,028,295.06** |
| **Net Operating Income** | **-$14,869.23** |
| Other Expenses | |
| Unrealized Gain or Loss | |
| 90090 Uncategorized PayPal | $279.75 |
| **Total for Other Expenses** | **$279.75** |
| **Net Other Income** | **-$279.75** |
| **Net Income** | **-$15,148.98** |