**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:
**2TG LLC**

CHAPTER **11**

DEBTOR(S)

CASE NO **26-34009-11**

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Andy Ramirez**<br>2626 Cole Ave, Ste 800<br>Dallas, TX 75204-0828 | | | Owner |
| **Lynne Elizabeth Armstrong**<br>2626 Cole Ave, Ste 800<br>Dallas, TX 75204-0828 | | | Owner |
| **Jordan Kasallis**<br>2626 Cole Ave, Ste 800<br>Dallas, TX 75204-0828 | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **Partner** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **08/31/2026**

Signature: **/s/ Andy Ramirez**
*Andy Ramirez, Partner*