THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **2TG LLC** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 26-34009-11** |

**<u>MOTION FOR AUTHORITY TO USE CASH COLLATERAL</u>**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242, WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS MOTION, UNLESS THE COURT, SUA SPONTE, OR UPON TIMELY APPLICATION OF A PARTY IN INTEREST, SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION OR REQUEST FOR HEARING.**

**IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, 2TG LLC (“Debtor”) and files this Motion for Authority to Use Cash Collateral pursuant to 11 U.S.C. § 363. The Debtor presents this Application and respectfully represents the following:

1. On August 31, 2026 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code") and is now operating its business as a Debtor-In-Possession.

2. The Debtor continues to manage and operate as a Jewelry retail and manufacturing business as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code. No creditors' committee has been appointed in this case by the United States Trustee.

3. As to 2TG LLC, a search in the Texas Secretary of State shows allegedly secured positions are held by:

- (1) Hanmi Bank (UCC Filing No. 22-0009021975) dated 02/23/2022 (equipment only)
- (2) U.S. Small Business Administration (UCC Filing No. 22-0024030760) dated 05/12/2022 (all accounts);
- (3) Parkside Funding Group (UCC Filing No. 23-0051724862) dated 12/05/2023 (blanket) (This is no longer an active creditor of the Debtor as 100% of this debt was discharged in the prior bankruptcy Case. No. 24-31334);
- (4) Unknown Creditor (UCC Filing No. 25-0050532365) dated 08/15/2025 (blanket) (Debtor is investigating the identity of this creditor, but it is believed to be a late-filed UCC filing for a discharged debt from the Debtor's prior bankruptcy Case. No. 24-31334, and it is believed there is no money owed to this creditor by the Debtor);

(See Exhibit "B" for full list).

4. The debts associated with the UCC financing statements above are allegedly secured by either equipment in the case of Hanmi Bank or a blanket lien in the case of the SBA of Debtor's business assets, including its accounts. The third and fourth UCC filings are no longer believed to be active debts and therefore are not creditors of the Debtor. In exchange for the use of cash collateral, the Debtor proposed to grant the United States Small Business Administration a replacement lien to the same extend and priority it had, if any, on its validly perfected lien that existed as of the date of filing. The other creditors do not have a liens on the cash collateral of the debtor, but in the event it is subsequently discovered that their liens are

somehow validly perfected on cash collateral as of the date of the filing of this case, then the Debtor further agrees to permit a replacement lien to the same extent and priority they had, if any, on its validly perfected lien that existed as of the date of filing upon a subsequent ruling of this Court.

5. The Debtor depends on the use of cash collateral for materials, payroll and general operating expenses. Revenue is generated through the Debtor's jewelry retail and manufacturing business.

6. It is critical to the operation of the Debtor's business, and to its reorganization efforts, that it be permitted to pay its operating expenses using cash collateral. The Debtor produces revenue from its jewelry retail and manufacturing business and would use such revenue to pay the budgeted expenses. Moreover, such revenue will be deposited by Debtor in its DIP operating account pending entry of an order allowing use of cash collateral or consent by lien holders.

7. Attached as Exhibit A is a 14- and 30-day budget for the Debtor, showing projected income and expenses. The amounts listed are reasonable and good faith estimations of what the Debtor needs to spend each month to continue the operations of its business and reorganize.

8. In addition to Exhibit A, the following Exhibit is also attached:

Exhibit B UCC Lien Search

9. Debtor requests authority to use the cash collateral for expenses set forth on Exhibit "A" and any other unforeseeable expenses that may arise and pose a threat to the Debtor's continued operations. Specifically, the Debtor requests authority to use the cash collateral to pay up to 110% of each expense in Exhibit A, so long as the total of cash collateral

spent during the month does not exceed by more than 10% of that month's total in Exhibit A.

10. This "First Day Motion" is being filed alongside the Voluntary Petition under the Court's Standing Order on First Day Motions in Chapter 11 cases.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests this matter be set for hearing and that upon hearing, the Court will enter an Interim Order authorizing the Debtor's use of the cash collateral in the amounts set forth in Exhibit "A" and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

THE LANE LAW FIRM, PLLC
*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Debtor's Motion for Authority to Use Cash Collateral was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system and upon the US Trustee and by electronic mail as listed below on September 1, 2026:

Debtor:
2TG LLC
2626 Cole Ave
Suite 800
Dallas, TX 75204-0828

US Trustee:
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242
ustpregion06.da.ecf@usdoj.gov

Parties Requesting Notice
ustpregion06.da.ecf@usdoj.gov

Email Notifications:

bankruptcynotices@sba.gov

recovery_operations@shopify.com

*/s/ Robert "Chip" Lane*
Robert "Chip" Lane

Label Matrix for local noticing
0539-3
Case 26-34009-mvl11
Northern District of Texas
Dallas
Tue Sep 1 07:01:03 CDT 2026

2TG LLC
2626 Cole Ave, Ste 800
Dallas, TX 75204-0828

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Andy Ramirez
2626 Cole Ave
Dallas, TX 75204-1083

Blue Cross Blue Shield of Texas
1001 E Lookout Drive
Richardson, TX 75082-4144

Dallas County Tax Assessor
P.O. Box 139066
Dallas, TX 75313-9066

Fredrick Goldman Inc
55 Hartz Way
Secaucus, NJ 07094-2415

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Hanmi Bank
Po Box 3547
Bellevue, WA 98009-3547

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Ln
Monroe, LA 71203-4774

Jordan Kasallis
2626 Cole Ave
Dallas, TX 75204-1083

Lynne Armstrong
2626 Cole Ave #800
Dallas, TX 75204-0828

Nivoda
580 Fifth Avenue Suite 2508
New York, NY 10036-4771

Phillip Armstrong
511 West Shore Dr
Richardson, TX 75080-5008

Ryan McGuire-Goldberger
6230 Kenwood Ave
Dallas, TX 75214-3016

(p)SHOPIFY INC
100 SHOCKOE SLIP 2ND FLOOR
RICHMOND VA 23219-4100

Stephen Kasallis
2626 Cole Ave #800
Dallas, TX 75204-0828

Talon Private Capital
2626 Cole Ave Ste 500
Dallas, TX 75204-1068

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Comptroller
Attn: Don Huffins
Dallas SW Enforce
400 S Zang Blvd Ste 900
Dallas, TX 75208-6644

Texas Workforce Commission
101 E 15th St
Austin, TX 78778-0001

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0009

U.S. Small Business Administration
2120 Riverfront Dr, Ste 100
Little Rock, AR 72202-1794

U.S. Small Business Administration
409 3rd St Sw
Washington, DC 20416-0011

U.S. Small Business Administration
P.O. Box 156059
Fort Worth, TX 76155

United States Attorney
Office of the United States Attorney
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

WebBank
215 S State St Ste 1000
Salt Lake Cty, UT 84111-2336

Robert Lane
The Lane Law Firm PLLC
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Dept of Revenue
2595 Century Pkwy Ne
Atlanta, GA 30345-3173

Shopify Capital
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100

Texas Comptroller
111 E. 17th Street
Austin, TX 78774

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)2TG LLC
2626 Cole Ave, Ste 800
Dallas, TX 75204-0828

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 32 |
| Bypassed recipients | 1 |
| Total | 33 |