**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **2TG LLC** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 26-34009-11** |

**DECLARATION OF ANDRES RAMIREZ IN SUPPORT OF DEBTOR'S REQUEST FOR EXPEDITED CONSIDERATION OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

I, Andres Ramirez, state as follows:

## I. INTRODUCTION

1. I am the managing member of 2TG LLC, the Debtor and Debtor-in-Possession ("Debtor"). I am familiar with the Debtor's day-to-day operations, business affairs, books and records.

2. I submit this declaration ("Declaration") to assist the Court and other parties-in-interest in understanding the need for expedited consideration of the Debtors Motion for Authority to Use Cash Collateral (Docket No. 6) filed September 1, 2026.

3. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, or my opinion based on my experience and knowledge of the Debtor's operations. If I were called to testify, I would testify competently to the facts set forth in this Declaration.

## II. EXPEDITED MOTION FOR AUTHORITY TO USE CASH COLLATERAL

4. On September 1, 2026, the Debtor filed a Motion for Authority to Use Cash Collateral. The basis of this Motion is to allow the Debtor to continue operating its Jewelry retail

and manufacturing business. The Debtor relies on its cash collateral to pay workers, operating expenses, and insurance. If the Debtor is unable to use its cash collateral, then it will be unable to pay its workers and other operating expenses.

5. Expedited consideration is requested because the Debtor needs to continue operations and pay workers by September 4, 2026.

6. The continued operation of the Debtor depends on the ability to operate its Jewelry retail and manufacturing business.

## III. CONCLUSION

7. Approval of the Motion is in the best interest of the Debtor, its estate, and its creditors.

8. I have reviewed this Declaration and hereby declare under penalty of perjury that the foregoing is true and correct and within my own personal knowledge.

Executed this September 1, 2026.

*/s/ Andres Ramirez*
Andres Ramirez
Owner