THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **2TG LLC** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 26-34009-11** |

**MOTION TO WAIVE REQUIREMENT OF LOCAL BANKRUPTCY RULE 2090-4 FOR DESIGNATION OF LOCAL COUNSEL**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242, WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS MOTION, UNLESS THE COURT, SUA SPONTE, OR UPON TIMELY APPLICATION OF A PARTY IN INTEREST, SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION OR REQUEST FOR HEARING.**

**IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW 2TG LLC (the “Debtor”) and its counsel, The Lane Law Firm, PLLC (“Movant”), file this Motion to Waive Requirement of Local Bankruptcy Rule 2090-4 for Designation of Local Counsel (the “Motion”), and would respectfully show the court as follows:

1. On August 31, 2026 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code").

2. On September 1, 2026, Movant filed an application to employ, and the 21 days has not expired per the negative notice language, specifically related to the Northern District Local

Bankruptcy Rule 2090-4.

3. Movant does not maintain an office within 50 miles of the Northern District. Local Bankruptcy Rule 2090-4 requires an attorney appearing in a case in the Northern District to obtain local counsel, if that attorney does not reside or maintain an office within 50 miles of the Northern District.

4. Movant's office is located in Houston, Texas. Lead counsel Robert C. Lane is admitted to practice in all federal districts of Texas, including the Northern District of Texas and the United States Court of Appeals for the Fifth Circuit. Attorney Robert C. Lane has appeared in more than Fifty (50) Northern District of Texas Bankruptcy cases. Local Rule 2090-4 permits waiver of the requirement for Local Counsel, by the Court, on a case-by-case basis. Movant's extensive experience in representing debtors in Subchapter V cases, in addition to the ease of modern travel and remote technology, obviates the need for local counsel. Movant is able to travel to the Dallas area within 6 hours to attend a hearing on short notice, should the need arise. Based upon the above, Movant believes that good cause exists for a waiver in this instance.

WHEREFORE PREMISES CONSIDERED, Debtor and its Counsel The Lane Law Firm, PLLC respectfully request that the Court waive the requirement for Local Counsel pursuant to Local Rule 2090-4, and for any other relief that is just.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Debtor's Motion to Waive Local Counsel Requirement was served upon the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, and by electronic mail as listed below on September 1, 2026:

Debtor:
2TG LLC
2626 Cole Ave
Suite 800
Dallas, TX 75204-0828

US Trustee:
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242
ustpregion06.da.ecf@usdoj.gov

Parties Requesting Notice
ustpregion06.da.ecf@usdoj.gov

*/s/ Robert "Chip" Lane*
Robert "Chip" Lane

Label Matrix for local noticing
0539-3
Case 26-34009-mvl11
Northern District of Texas
Dallas
Tue Sep 1 07:01:03 CDT 2026

2TG LLC
2626 Cole Ave, Ste 800
Dallas, TX 75204-0828

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Andy Ramirez
2626 Cole Ave
Dallas, TX 75204-1083

Blue Cross Blue Shield of Texas
1001 E Lookout Drive
Richardson, TX 75082-4144

Dallas County Tax Assessor
P.O. Box 139066
Dallas, TX 75313-9066

Fredrick Goldman Inc
55 Hartz Way
Secaucus, NJ 07094-2415

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Hanmi Bank
Po Box 3547
Bellevue, WA 98009-3547

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Ln
Monroe, LA 71203-4774

Jordan Kasallis
2626 Cole Ave
Dallas, TX 75204-1083

Lynne Armstrong
2626 Cole Ave #800
Dallas, TX 75204-0828

Nivoda
580 Fifth Avenue Suite 2508
New York, NY 10036-4771

Phillip Armstrong
511 West Shore Dr
Richardson, TX 75080-5008

Ryan McGuire-Goldberger
6230 Kenwood Ave
Dallas, TX 75214-3016

(p)SHOPIFY INC
100 SHOCKOE SLIP 2ND FLOOR
RICHMOND VA 23219-4100

Stephen Kasallis
2626 Cole Ave #800
Dallas, TX 75204-0828

Talon Private Capital
2626 Cole Ave Ste 500
Dallas, TX 75204-1068

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Comptroller
Attn: Don Huffins
Dallas SW Enforce
400 S Zang Blvd Ste 900
Dallas, TX 75208-6644

Texas Workforce Commission
101 E 15th St
Austin, TX 78778-0001

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0009

U.S. Small Business Administration
2120 Riverfront Dr, Ste 100
Little Rock, AR 72202-1794

U.S. Small Business Administration
409 3rd St Sw
Washington, DC 20416-0011

U.S. Small Business Administration
P.O. Box 156059
Fort Worth, TX 76155

United States Attorney
Office of the United States Attorney
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

WebBank
215 S State St Ste 1000
Salt Lake Cty, UT 84111-2336

Robert Lane
The Lane Law Firm PLLC
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Dept of Revenue
2595 Century Pkwy Ne
Atlanta, GA 30345-3173

Shopify Capital
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100

Texas Comptroller
111 E. 17th Street
Austin, TX 78774

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)2TG LLC
2626 Cole Ave, Ste 800
Dallas, TX 75204-0828

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 32 |
| Bypassed recipients | 1 |
| Total | 33 |